1  **COHELAN KHOURY & SINGER**
   Michael D. Singer (SBN 115301)
2    Msinger@ckslaw.com
   Diana M. Khoury (SBN 128643)
3    dkhoury@ckslaw.com
   J. Jason Hill (SBN 179630)
4    jhill@ckslaw.com
   605 C Street, Suite 200
5  San Diego, CA 92101
   Tel: (619) 595-3001/Fax: (619) 595-3000
6

7  **THE PHELPS LAW GROUP**
   Marc H. Phelps (SBN 237036)
8    Marc@phelpslawgroup.com
   23 Corporate Plaza Drive, Suite 150
9  Newport Beach, CA 92660
   Tel: (949) 629-9533/Fax: (949) 629-2501
10

11 **THE CARTER LAW FIRM**
   Roger R. Carter (SBN 140196)
12   roger@carterlawfirm.net
   23 Corporate Plaza Drive, Suite 150
13 Newport Beach, CA 92660
   Tel: (888) 914-6900/Fax: (949) 629-2501

14 Counsel for Plaintiff Luben Romanov, on behalf of
   himself and all others similarly situated
15

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUBEN ROMANOV, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br>v.<br>AMAZON.COM SERVICES, LLC a Delaware limited liability company; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 2:20-cv-02692 SB (KSx)<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND MOTION FOR ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL CERTIFICATION, APPROVAL OF CLASS NOTICE AND SETTING OF FINAL APPROVAL HEARING DATE**<br><br>Date:  October 1, 2021<br>Time:  8:30 a.m.<br>Ctrm:   6C |

---

NOTICE OF MOTION FOR PRELIMINARY APPROVAL - Case No. 2:20-cv-02692 SB (KSx)

PLEASE TAKE NOTICE that on October 1, 2021 at 8:30 a.m., in Courtroom 6 C (6th Floor) of the above-captioned Court located at 350 West First Street, Los Angeles, California 90012, Plaintiff Luben Romanov, on behalf of himself and all others similarly situated will, and does, move this Court to:

1. Preliminarily approve the Settlement described in the Class and Representative Action Settlement Agreement ("Settlement Agreement"), attached as Exhibit 1 to the Declaration of Michael D. Singer filed herewith;

2. Approve the content of the proposed Notice of Class Action Settlement and its distribution to all members of the Class;

3. Appoint Plaintiff Luben Romanov as the Class Representative;

4. Appoint The Phelps Law Group, The Carter Law Firm, and Cohelan Khoury & Singer as Class counsel;

5. Appoint Simpluris, Inc. as the Administrator of the Settlement; and

6. Set a hearing date for final approval of the settlement.

This motion is made following the conference of counsel pursuant to L.R. 7-3. The Parties have jointly drafted the motion and settlement materials and Defendant does not intend to oppose the motion.

This Motion is based upon: (1) this Notice of Motion and Motion; (2) the supporting Memorandum of Points and Authorities; (3) the Declarations of Michael D. Singer, Marc H. Phelps, Roger R. Carter, and Plaintiff Luben Romanov filed herewith; (4) the records, pleadings, and papers filed in this action;  and (5) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

Dated: August 9, 2021

**COHELAN KHOURY & SINGER**
**THE CARTER LAW FIRM**
**THE PHELPS LAW GROUP**

By: s/ J. Jason Hill
J. Jason Hill
Attorneys for Luben Romanov, on behalf of himself, and all others similarly situated