**COHELAN KHOURY & SINGER**
Michael D. Singer (SBN 115301)
  Msinger@ckslaw.com
Diana M. Khoury (SBN 128643)
  dkhoury@ckslaw.com
J. Jason Hill (SBN 179630)
  jhill@ckslaw.com
605 C Street, Suite 200
San Diego, CA 92101
Tel: (619) 595-3001/Fax: (619) 595-3000

**THE PHELPS LAW GROUP**
Marc H. Phelps (SBN 237036)
  Marc@phelpslawgroup.com
23 Corporate Plaza Drive, Suite 150
Newport Beach, CA 92660
Tel: (949) 629-9533/Fax: (949) 629-2501

**THE CARTER LAW FIRM**
Roger R. Carter (SBN 140196)
  roger@carterlawfirm.net
23 Corporate Plaza Drive, Suite 150
Newport Beach, CA 92660
Tel: (888) 914-6900/Fax: (949) 629-2501

Counsel for Plaintiff Luben Romanov, and the Conditionally Certified Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUBEN ROMANOV, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC a Delaware limited liability company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:20-cv-02692 SB (KSx)<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND ENTERING JUDGMENT**<br><br>Date: March 25, 2022<br>Time: 8:30 a.m.<br>Ctrm: 6C<br>Judge: Stanley Blumenfeld, Jr. |

1  PLEASE TAKE NOTICE that on March 25, 2022 at 8:30 a.m., in Courtroom 6C of the above-captioned Court located at 350 West First Street, Los Angeles, California 90012, the Honorable Stanley Blumenfeld, Jr. presiding, Plaintiff Luben Romanov, individually, and on behalf of the Conditionally Certified Class, will move this Court for an Order Granting Final Approval of Class Action Settlement and Entering Judgment.

This motion is based on this Notice of Motion, the Memorandum of Points and Authorities in Support, Declaration of Class Counsel Diana M. Khoury, Supplemental Declaration of Mary Butler on behalf of Simpluris, the appointed Administrator, the Motion for Order Granting Award of Attorneys' Fees and Costs, and Class Representative Service Payment and supporting declarations (Dkt. Nos. 54 - 54-17), the fully-executed Class and Representative Action Settlement Agreement (Dkt. No. 47-1), the Motion for Order Granting Preliminary Approval of Class Action settlement and supporting declarations, (Dkt. Nos. 46–46-15), the Joint Supplemental Brief in Support of the Preliminary Approval Motion (Dkt. No. 50), the Order Granting Preliminary Approval of Class Action Settlement (Dkt. 52), the Amended Order Granting Preliminary Approval of Class Action Settlement (Dkt. No. 53), all other records and files in this case, and such other matters as may be properly presented at or before the hearing.

Respectfully submitted,

**COHELAN KHOURY & SINGER**
**THE CARTER LAW FIRM**
**THE PHELPS LAW GROUP**

Dated: February 25, 2022

By: /s/ Diana M. Khoury
_____
Diana M. Khoury
Attorneys for Plaintiff Luben Romanov, individually and on behalf of the Conditionally Certified Class

- 1 -